UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DEIULEMAR SHIPPING SPA,                        :
                                               :
                Plaintiff,                     :           08 Civ.
                                               :
        - against -                            :           ECF CASE
                                               :
AGN BULK TRANSPORT INC.,                       :
                                               :
                Defendant.                     :
-----------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3 27 08

## ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a Special

Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Charles E. Murphy, sworn to on March 25,

2008, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy R. Peterson,

Coleen A. McEvoy, Anne C. LeVasseur or any other partner, associate, paralegal or agent of Lennon,

Murphy & Lennon, LLC, including Gotham Process Servers, be, and is hereby, appointed, in

addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the

Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other

garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold

assets of, for or on account of, Defendant.

Dated: Southport, CT
        March ___, 2008

        MAR 2 7 2008

                                        _____
                                                 U.S.D.J.

                                        HON. GEORGE B. DANIELS