UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DEIULEMAR SHIPPING SPA,                    :

                            Plaintiff,     :

            - against -                     :        08 Civ. 3016 (GBD)

AGN BULK TRANSPORT INC.,                    :        ECF CASE

                            Defendant.      :
-----------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-

captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any

party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: April 28, 2008
       Southport, CT

                                   The Plaintiff,
                                   DEIULEMAR SHIPPING SPA.

                                   By: _____
                                       Charles E. Murphy  (CM 2125)
                                       LENNON, MURPHY & LENNON, LLC
                                       420 Lexington Ave., Suite 300
                                       New York, NY 10170
                                       Phone (212) 490-6050
                                       Fax (212) 490-6070
                                       nrp@lenmur.com

HON. GEORGE B. DANIELS